| | |
|---|---|
| 1 | DICKINSON WRIGHT PLLC |
| | ERIC D. HONE (NV Bar No. 8499) |
| 2 | ehone@dickinson-wright.com |
| | 8363 West Sunset Road, Suite 200 |
| 3 | Las Vegas, Nevada 89113-2210 |
| | Tel: (702) 550-4400 |
| 4 | Fax: (844) 670-6009 |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON LUND, | Case No.: 2:17-cv-02175-JCM-GWF |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT [ECF 1]** |
| v. | |
| THUNDERBIRD COLLECTION SPECIALISTS, INC., | |
| Defendant. | **[First Request]** |

IT IS STIPULATED by and between the parties, through their respective counsel, that defendant Thunderbird Collection Specialists, Inc. shall have until October 13, 2017 to respond to plaintiff's complaint [ECF No. 1], filed August 14, 2017.

This stipulation is made for the purpose of facilitating settlement discussions and to permit the parties time to continue to engage in discussions concerning resolution of this matter. The stipulation is not made for the purpose of delay.

/ / /

/ / /

/ / /

This is the first stipulated request to extend the deadline for defendant TCS, Inc. to respond to the complaint.

DATED this 27th day of September 2017.

MITCHELL D. GLINER, ESQ

/s/ Mitchell D. Gliner
Mitchell D. Gliner, Esq. No.3419
3017 W. Charleston Blvd., #95
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

DATED this 27th day of September 2017.

DICKINSON WRIGHT PLLC

Eric D. Hone, No. 8499
8363 West Sunset Rd., Ste. 200
Las Vegas, NV 89119

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

Dated: September 28, 2017